FILED: June 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1088 (L)
(1:02-cv-01168-AJT-TRJ)
(1:07-cv-01198-AJT-TRJ)

_____

UNITED STATES EX REL. KURT BUNK AND RAY AMMONS

  Plaintiff - Appellant

and

UNITED STATES EX REL. DANIEL HEUSER

  Plaintiff

v.

GOVERNMENT LOGISTICS N.V.; MARC SMET; GOSSELIN WORLD WIDE MOVING, N.V.

  Defendants - Appellees

and

BIRKART GLOBISTICS GMBH & CO. LOGISTIK UND SERVICE KG; THE PASHA GROUP; ANDREAS CHRIST SPEDITION & MOBELTRANSPORT GMBH; JOHN DOE, 1-100; AMERICAN MOPAC INTERNATIONAL, INCORPORATED; DOE DEFENDANTS; GATEWAYS INTERNATIONAL; ALLIED FREIGHT FORWARDERS; NORTH AMERICAN VAN LINES, INC.; GLOBAL WORLDWIDE INCORPORATED; AIR LAND FORWARDERS SUDDATH; COVAN INTERNATIONAL; JET FORWARDING INCORPORATED; ARPIN INTERNATIONAL; BIRKART GLOBISTICS AG;

THIEL LOGISTIK AG; VIKTORIA SCHAFER INTERNATIONALE SPEDITION GMBH; VIKTORIA-SKS KURT SCHAFER INTERNATIONALE GMBH & CO., KG; GILLEN & GARCON GMBH & CO. INTERNATIONALE SPEDITION KG; GILLEN & GARCON GMBH & CO. KG; M.T.S. HOLDING & VERWALTUNGS GMBH, d/b/a M.T.S. Gruppe; ANDREAS CHRIST GMBH; MICHAEL VILLINGER; ERWIN WEYAND; NICODEMUS GOSSELIN; DIETER SCHMEKEL; JURGEN GRAF; HORST BAUR; KURT SCHAFER; MARTINA SCHAFER; BIRKART VERMOGENSVERWALTUNG GMBH; LOGWIN AIR + OCEAN DEUTSCHLAND GMBH; LOGWIN HOLDING DEUTSCHLAND GMBH; MISSY DONNELLY; GEORGE PASHA; AMERICAN SHIPPING INCORPORATED; CARTWRIGHT INTERNATIONAL VAN LINES INCORPORATED; JIM HAHN; INTERNATIONAL SHIPPERS ASSOCIATION INCORPORATED; GOSSELIN WORLDWIDE MOVING, N.V.; GOSSELIN GROUP N.V.; VIKTORIA INTERNATIONAL SPEDITION; JEFFREY CARLL COFFMAN; ITO MOBEL TRANSPORT GMBH

       Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 08/19/2015

Opening brief due: 08/19/2015

Response brief due: 10/14/2015

Any reply brief: 14 days from service of response brief.

                                     For the Court--By Direction

                                     /s/ Patricia S. Connor, Clerk